FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 15 2011

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSHUA D. STRICKLIN                                                      PLAINTIFF

VS.                     CASE NO.   3:11-CV-00246-DPM

DOLLAR GENERAL OF HARRISBURG, ARKANSAS 72432          DEFENDANT

## ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 15th day of November, 2011.

AT THE DIRECTION OF THE COURT
JAMES W. MCCORMACK, CLERK

By: _____
         Deputy Clerk