```
                                                                    FILED
                                                               U.S. DISTRICT COURT
                                                            EASTERN DISTRICT ARKANSAS
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS                     NOV 15 2011
                      JONESBORO DIVISION
                                                            JAMES W. McCORMACK, CLERK
                                                            By: _____
                                                                              DEP CLERK
```

JOSHUA D. STRICKLIN                                             PLAINTIFF

VS.                        CASE NO. 3:11-CV-00246-DPM

DOLLAR GENERAL OF HARRISBURG, ARKANSAS 72432                    DEFENDANT

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 15th day of November, 2011.

                               AT THE DIRECTION OF THE COURT
                               JAMES W. MCCORMACK, CLERK

                               By: _____
                                        Deputy Clerk