IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOSHUA D. STRICKLIN**                                                                **PLAINTIFF**

v.                                   Case No. 3:11-cv-246-KGB

**DOLGENCORP LLC**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on February 12, 2013, it is considered, ordered, and adjudged that this case is dismissed with prejudice.

SO ORDERED this the 12th day of February, 2013.

_____
Kristine G. Baker
United States District Judge